IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURAK BAGKESICI, | CIVIL DIVISION |
| Plaintiff, | No. 3:23-CV-89 |
| v. | |
| ABF FREIGHT SYSTEMS, and DONALD J. CODDINGTON, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT**

The Plaintiff, Burak Bagkesici, and Defendants, ABF Freight Systems and Donald Coddington, hereby stipulate to the voluntary dismissal and discontinuance of Plaintiff's Complaint and claims, with prejudice, with all parties bearing their own costs, expenses, and fees.

Respectfully submitted,

*/s/ Shaheen Wallace*
Shaheen Wallace (#319893)
Email: szw@wallaceinjury.com
The Law Office of Shaheen Wallace, Esq., LLC
5850 Ellsworth Avenue, Ste. 230
Pittsburgh, PA 15232
Tel: (412) 345-1164
Attorney for Plaintiff Burak Bagkesici

*/s/ Kerri Shimborske-Abel*
George Stewart (#39362)
E-Mail: stewart@zklaw.com
Kerri Shimborske-Abel (93011)
E-Mail: shimborske-abel@zklaw.com
Zimmer Kunz PLLC
132 South Main Street, Suite 400
Greensburg, PA 15601
Tel: (724) 836-5400
Attorney for Defendant Donald J Coddington and ABF Freight Systems

IT IS SO ORDERED this 28th day of April, 2025.

_____ J.